UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARSHALL ALLEN COATS ,

Plaintiff,

v.

DAVID T. LEWIS, et al.,

Defendants.

CASE NO. 3:26-cv-05984-TMC-BAT

**ORDER DISMISSING WITH PREJUDICE**

Having reviewed, *de novo*, the Report and Recommendation, all objections or responses, and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation and dismisses the case with prejudice. The dismissal shall constitute a strike under 28 U.S.C. § 1915(g).

2. The Clerk shall provide Plaintiff a copy of this order.

Dated this 17th day of November, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge